Frank F. Kellogg, Plaintiff in Error, v. City of Chicago, Defendant in·Error.

### Gen. No. 16,661.

MUNICIPAL COURTS—*when statement of facts is insufficient.* A purported statement of facts by a judge of the Municipal Court of Chicago that is merely a statement that a witness gave testimony in relation to certain things is not sufficient.

Error to the Municipal Court of Chicago; the HON. ARNOLD HEAP, Judge, presiding. Heard in this court at the October term, 1910. Affirmed. Opinion filed December 30, 1912.

HARRY BROWN and GEORGE EMMICKE, for plaintiff in error; LEMUEL M. ACKLEY, of counsel.

GEORGE A. MASON and EDGAR H. HART, for defendant in error; EDWARD J. BRUNDAGE, of counsel.

MR. PRESIDING JUSTICE SMITH delivered the opinion of the court.

The plaintiff in error began a case of the fourth class in the Municipal Court of Chicago against the defendant in error to recover the sum of $64.84 and interest thereon claimed to be due him as rebate on a special assessment. The cause was submitted to the court without a jury. The court found for the defendant and entered judgment thereon, and the plaintiff sued out this writ of error.

There is in the record neither a correct stenographic report of the proceedings at the trial nor a correct statement of facts by the trial judge, as required by

the Municipal Court Act. What purports to be a correct statement of facts is manifestly not a statement of the facts by the judge as required by the law, but merely a statement that a witness gave testimony in relation to certain things.

The record disclosing no reversible error, the judgment is affirmed.

*Affirmed.*